UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD



**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 1:21cr00082
18 U.S.C. § 1791(a)(2)
18 U.S.C. § 1791(b)(3)

**JORGE AMADOR**

# I N F O R M A T I O N

The United States Attorney Charges:

On or about August 13, 2020, at or near Welch, McDowell County, West Virginia, and within the Southern District of West Virginia, defendant JORGE AMADOR, being an inmate of a prison, that is, the Federal Correctional Institution at McDowell, did knowingly and unlawfully possess a prohibited object as defined by 18 U.S.C. § 1791(d)(1)(B), that is, a handcrafted object with a sharpened point known as a "shank," an object that was designed and intended to be used as a weapon.

In violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(b)(3).

LISA G. JOHNSTON
Acting United States Attorney

By: *Timothy D. Boggess*
TIMOTHY D. BOGGESS
Assistant United States Attorney